**Order entered January 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00980-CR

**FREDDIE GOINES BEVERLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 19-90211-422-F**

### ORDER

Before the Court is appellant's January 28, 2022 first motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by March 2, 2022.

/s/     BILL PEDERSEN, III
JUSTICE